# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY WEBB,<br><br>        Plaintiff,<br><br>  v.<br><br>L. CAHLANDER,<br><br>        Defendant. | Case No. 1:13-cv-01154 DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION OF NOTIFICATION<br>(Document 7) |

      Plaintiff Michael Anthony Webb is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 25, 2013, and his complaint is currently awaiting screening pursuant to 28 U.S.C. § 1915A(a).

      On August 15, 2013, Plaintiff filed a document entitled, "Motion of Notification in a Form of a Letter Order" in which he asks if the Court received certain documents. Plaintiff's motion is DISREGARDED. The Court does not provide status updates, and so long as Plaintiff keeps the Court apprised of his current address, he will be informed of all action taken in this case. Plaintiff is advised that the Court has an extremely large number of pro se plaintiff civil rights actions, and

1

1  simply because the Court doesn't respond right away does not mean that a document was not
2  received.

IT IS SO ORDERED.

    Dated: __**August 21, 2013**__             _____/s/ *Dennis L. Beck*_____
                                                                 UNITED STATES MAGISTRATE JUDGE