# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY WEBB,<br><br>     Plaintiff,<br><br>   v.<br><br>L. CAHLANDER,<br><br>     Defendant. | Case No. 1:13-cv-01154 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br>[ECF No. 14]<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SUBMIT DOCUMENTATION CONCERNING EXHAUSTION<br>[ECF No. 16]<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FORWARD MEDICAL RECORDS<br>[ECF No. 17] |

Plaintiff Michael Anthony Webb is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 25, 2013.[1]

On October 7, 2013, Plaintiff filed a motion requesting entry of default as to Defendant L. Cahlander. Fed. R. Civ. P. 55(a). However, at the time Plaintiff filed his motion, the complaint had not yet been screened and the Court had not yet authorized service of process. Plaintiff's motion was clearly premature and must be dismissed.

On October 28, 2013, Plaintiff filed a motion to present documents relating to exhaustion of his administrative appeals. Insofar as exhaustion appears to be at issue in this case,[2] the Court finds Plaintiff's submission to be relevant. However, Plaintiff should file these documents as exhibits to

---

[1] The parties have consented to the jurisdiction of the Magistrate Judge.
[2] Defendant filed a motion to dismiss the complaint for failure to exhaust on April 18, 2014.

1

his opposition to Defendant's motion(s) relating to exhaustion.

On November 8, 2013, Plaintiff filed a motion to forward surgery documents to the Court. It appears Plaintiff is seeking to submit evidence in the form of medical records. Plaintiff is advised that the Court cannot serve as a repository for the parties' evidence (i.e., prison or medical records, affidavits, etc.). The parties may not file evidence with the Court until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the Court). Therefore, Plaintiff's motion will be denied.

## ORDER

Accordingly, IT IS HEREBY ORDERED:

1) Plaintiff's motion for default judgment is DENIED without prejudice;

2) Plaintiff's motion to submit documentation concerning exhaustion is DENIED, without prejudice to including the documents as exhibits to his opposition to Defendant's motion; and

3) Plaintiff's motion to forward medical records is DENIED.

IT IS SO ORDERED.

Dated:   **September 11, 2014**              /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE