1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11  MICHAEL ANTHONY WEBB,                    Case No.  1:13-cv-01154 DLB PC

12              Plaintiff,                   ORDER DENYING PLAINTIFF'S MOTION
                                            FOR EXTENSION OF TIME AS  MOOT
13        v.                                [ECF No. 42]

14  L. CAHLANDER,                            ORDER DENYING PLAINTIFF'S
                                            REQUEST FOR COURT ORDER
15              Defendant.                   [ECF No. 43]

16

17        Plaintiff is a California state prisoner proceeding pro se and in forma pauperis in this civil

18  action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on July 25, 2013.[1]

19        On December 4, 2014, Plaintiff filed a request for an extension of time concerning

20  Defendant's motion to strike Plaintiff's unauthorized sur-replies.  Plaintiff is advised that the

21  Court granted Defendant's motion on November 7, 2014.  The sur-replies have been stricken.

22  Therefore, Plaintiff's motion for an extension of time is moot.

23        On December 4, 2014, Plaintiff filed a request for an order directing Defendant

24  Cahlander to file an answer to the complaint.  Plaintiff is advised that Defendant Cahlander filed

25  an answer on December 4, 2014.  Therefore, Plaintiff's motion is moot.

26

27

28  ---

[1] The parties have consented to the jurisdiction of the Magistrate Judge.

1

**ORDER**

2

Accordingly, IT IS HEREBY ORDERED:

3

1)     Plaintiff's motion for extension of time is DENIED as moot; and

4

2)     Plaintiff's motion for court order is DENIED as moot.

5

IT IS SO ORDERED.

6

7

Dated:   **December 13, 2014**                    /s/ *Dennis L. Beck*

8

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28