IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ANTHONY WEBB,**<br><br>Plaintiff,<br><br>v.<br><br>**L. CAHLANDER,**<br><br>Defendant. | Case No. 1:13-cv-01154-DLB PC<br><br>**ORDER ON DEFENDANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY AND FILE DISPOSITIVE MOTION** |

On April 2, 2014, Defendant L. Cahlander filed an Ex Parte Application for Extension of Time to Conduct Discovery and File Dispositive Motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' Ex Parte Application for an Extension of Time is GRANTED; and

2. Should the Court issue an order denying Defendant's Motion for Summary Judgment (ECF 55):

    (a)    discovery shall be completed sixty (60) days from the Court's order;

    (b)    motions to compel shall be filed sixty (60) days from the Court's order; and

    (c)    dispositive motions shall be filed ninety (90) days from the Court's order.

IT IS SO ORDERED.

Dated:  **April 3, 2015**                                      /s/ *Dennis L. Beck*
                                                                                             UNITED STATES MAGISTRATE JUDGE